IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DIANA PAYNE                                                    PLAINTIFF

    vs.          CASE No. 04-CV-2189

THE UNIVERSITY OF ARKANSAS FORT SMITH
by and through the Board of Trustees of
the University of Arkansas; JOEL
STUBBLEFIELD, UAFS Chancellor, in his
official and personal capacities, and
SANDI SANDERS, UAFS Senior Vice Chancellor
and Chief of Staff, in her personal capacity       DEFENDANTS

## **ORDER**

Now on this 15th day of May, 2006, there comes on for consideration Defendants' Motion to Permit Conventional Filing of Exhibits to Motion for Summary Judgment (#30). The Court, being well and sufficiently advised in the premises, finds that the motion should be and is hereby GRANTED, and the Defendants will be permitted to file conventionally the exhibits in support of their motion for summary; and furthermore that the Motion for Summary Judgment, the Statement of Undisputed Material Facts, the Brief in Support of the Motion for Summary Judgment, and an Index of the exhibits shall be filed electronically.

IT IS SO ORDERED.

/S/ *Robert T. Dawson*
        Robert T. Dawson
        United States District Judge