IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DIANA PAYNE                                              PLAINTIFF

V.                     Civil No. 04-2189

THE UNIVERSITY OF ARKANSAS - FORT SMITH
BY AND THROUGH THE BOARD OF TRUSTEES
OF THE UNIVERSITY OF ARKANSAS; JOEL
STUBBLEFIELD, UAFS CHANCELLOR, in his
Official and personal capacities, and
SANDI SANDERS, UAFS SENIOR VICE CHANCELLOR
AND CHIEF OF STAFF, in her personal capacity    DEFENDANTS

**O R D E R**

Currently before the Court is Plaintiff's Motion to Strike or Summarily Deny Motion for Summary Judgment, or, in the alternative, to Require a Clear Statement of Bases for the Motion (Doc. 36). The Motion is DENIED, and Plaintiff has until Monday, June 19, 2006, to respond to Defendants' Motion for Summary Judgment.

IT IS SO ORDERED this 9th day of June, 2006.

                                              Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge

AO72A
(Rev. 8/82)