IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DIANA PAYNE                                                PLAINTIFF

v.                Civil No. 04-2189

THE UNIVERSITY OF ARKANSAS
FORT SMITH BY AND THROUGH THE
BOARD OF TRUSTEES OF THE
UNIVERSITY OF ARKANSAS                                     DEFENDANT

O R D E R

On this 8th day of September 2006, there comes on for consideration the report and recommendation filed on September 5, 2006, by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. (Doc. 74). The parties advise they have no objections to the report and recommendation.

The court has reviewed the report and recommendation and, being well and sufficiently advised, finds the report and recommendation is proper, without objection, and should be and hereby is adopted in its entirety.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge